No. 99–9841.  HOWARD *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–9842.  HILL *v.* CASTRO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–9843.  DULLEN *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 99–9844.  DEAN *v.* TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 99–9845.  FUHRMAN *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9847.  SOWERS *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 99–9848.  OLIVER *v.* TAYLOR, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 99–9849.  ROACH *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–9850.  RODRIGUEZ ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9852.  SCARBERRY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–9853.  CLARK *v.* UNITED STATES; and
No. 99–10237.  FLOYD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 208 F. 3d 212.

No. 99–9854.  BEAMON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9856.  SHELVIN *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–9857.  SETTS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.